United States District Court
Southern District of Texas
**ENTERED**
October 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CYNTHIA STRICKLAND, on behalf of herself and others similarly situated,<br><br>　　　　Plaintiff,<br>VS.<br><br>DARBY LAW FIRM, PLLC,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:19-CV-00439<br>§<br>§<br>§<br>§ |

# ORDER

The parties in this case have jointly filed a Stipulation of Dismissal with Prejudice. (Doc. No. 24). In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE** as to Plaintiff Cynthia Strickland, and is **DISMISSED WITHOUT PREJUDICE** as to any putative class members. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 29th day of October, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KEITH P. ELLISON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE